# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 29, 2018

### NO. 03-18-00159-CV

**Trent Alvon Smith, Appellant**

**v.**

**Gary Wright, Virginia Schafer, Jennifer Hamilton, Pam Pace, and
Texas Department of Criminal Justice Health Services Division, Appellees**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
DISMISSED FOR WANT OF JURISDICTION ON MOTION FOR REHEARING—
OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the orders signed by the district court on September 21, 2017. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.